IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs.          CASE NO.: 3:07cv50/RV/MD

HORACE A. GANT,
    Defendant.

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 22, 2008. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The plaintiff's motion for summary judgment (doc. 18) is GRANTED.

3. The clerk is instructed to enter judgment in favor of the United States of America and against defendant Horace Gant in the amount of $78,778.37, together with interest thereafter as provided in 28 U.S.C. § 1961.

4. The plaintiff is awarded costs to be charged to the defendant as provided by law.

DONE AND ORDERED this 25th day of March, 2008.

           /s/ *Roger Vinson*
           ROGER VINSON
           SENIOR UNITED STATES DISTRICT JUDGE